■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYNTHIA BROWN, Appellant. [598 NYS2d 529] —Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered February 27, 1990, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, and sentencing her to concurrent terms of 4½ to 9 years and 1 year, respectively, unanimously affirmed.

The People's background evidence concerning street drug sales and a "buy and bust operation" was brief and limited *(see, People v Gonzalez,* 180 AD2d 553, *lv denied* 79 NY2d 1001). The difference between the People's opening statement and their proof does not appear to stem from bad faith, and does not warrant reversal *(see, People v Parker,* 97 AD2d 620, 621). In any event, the People's undisputed evidence amounted to overwhelming proof of guilt. Concur—Carro, J. P., Ellerin, Wallach, Kupferman and Ross, JJ.